B6F (Official Form 6F) (12/07)

In re **David M. Devericks**, Debtor                Case No. **13-30279**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9829** <br><br> **Best Buy/Capital One** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197-5253** | - | | **Credit card purchases** | | | | **1,400.00** |
| Account No. **xxxxxxx0551** <br><br> **Bon Secours Richmond Health** <br> **P.O. Box 409553** <br> **Atlanta, GA 30384** | - | | | | | | **200.00** |
| Account No. **xxxx-xxxx-xxxx-7610** <br><br> **Capital One** <br> **Bankruptcy Dept.** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | - | | **Opened 12/01/08  Last Active  1/01/12** <br> **Credit car purchases and attorneys' fees** | | | | **7,744.00** |
| Account No. **xxxx-xxxx-xxxx-2966** <br><br> **Capital One** <br> **Bankruptcy Dept.** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | - | | **Credit card purchases** | | | | **319.00** |

___4___ continuation sheets attached

Subtotal (Total of this page)    **9,663.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David M. Devericks**,     Case No. **13-30279**
                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0899** <br><br>**Chase**<br>**ATTN: Banktruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | *Credit card purchases* | | | | 1,400.00 |
| Account No. **xxxx-xxxx-xxxx-7640** <br><br>**Chase**<br>**ATTN: Banktruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | *Credit card purchases* | | | | 8,337.00 |
| Account No. **xxxx-xxxx-xxxx-1552** <br><br>**Chase**<br>**ATTN: Banktruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | *Credit card purchases* | | | | 17,587.76 |
| Account No. **xxxx-xxxx-xxxx-2409** <br><br>**Chevron/GE Capital Retail Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | *Credit card purchases* | | | | 100.00 |
| Account No. **xxxxxxx4077** <br><br>**Citibank, N.A.**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | | - | | | | | 100.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims     Subtotal (Total of this page)     **27,524.76**

In re **David M. Devericks**, Case No. **13-30279**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxx-xxx-4716*<br><br>*Comenity Bank/Maurice's*<br>*PO Box 182273*<br>*Columbus, OH 43218* | | - | *Credit card purchases* | | | | 1,200.00 |
| Account No. *xxxxxx1011*<br><br>*Dominion Virginia Power*<br>*P. O. Box 26543*<br>*Richmond, VA 23290-0001* | | - | *Unpaid electrical service* | | | | 1,012.92 |
| Account No. *xxxx-xx-05-24*<br><br>*GEICO*<br>*ATTN: Region 7 RPW*<br>*PO BOX 9520*<br>*Fredericksburg, VA 22403-9500* | | - | | | | | 162.22 |
| Account No. *xxxx-xxxx-xxxx-6520*<br><br>*Home Depot Credit Services*<br>*c/o CitiCards Private Label*<br>*P.O. Box 2483*<br>*Kansas City, MO 64195* | | - | *Credit card purchases* | | | | 5,655.76 |
| Account No. *xxxx-xxxx-xxxx-1288*<br><br>*HSBC Bank/Capital One*<br>*P.O. Box 5253*<br>*Carol Stream, IL 60197* | | - | *Opened 1/13/05 Last Active 1/06/10*<br>*Credit card purchases* | | | | 425.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**8,455.90**

Case 13-30279-KRH    Doc 23    Filed 02/25/13    Entered 02/25/13 12:34:09    Desc Main
Document      Page 4 of 7

B6F (Official Form 6F) (12/07) - Cont.

In re **David M. Devericks**,        Case No. **13-30279**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-x88-6-1** <br><br> **JC Penny** <br> **Attn: Bankruptcy Department** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | - | *Credit card purchases* | | | | 1,041.00 |
| Account No. **xxx-xxx1-616** <br><br> **Kohl's** <br> **Customer Service** <br> **P.O. Box 3043** <br> **Milwaukee, WI 53201-3043** | | - | *Credit card purchases* | | | | 738.00 |
| Account No. **xxxxxxx3384** <br><br> **Macy's** <br> **Bankruptcy Processing** <br> **P.O. Box 8053** <br> **Mason, OH 45040** | | - | *Credit card purchases* | | | | 500.00 |
| Account No. **xxxx-xxxx-xxxx-5679** <br><br> **Sears Credit Cards** <br> **P.O. Box 6282** <br> **Sioux Falls, SD 57117-6282** | | - | *Credit card purchases* | | | | 5,458.00 |
| Account No. **xx-xxx-x639-7** <br><br> **Shell** <br> **P.O. Box 6406** <br> **Sioux Falls, SD 57117** | | - | *Credit card purchases* | | | | 1,100.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **8,837.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David M. Devericks**,     Case No. **13-30279**
                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx-x0001<br><br>**Verizon Wireless<br>5175 Emerald Parkway<br>Dublin, OH 43017** | - | | | | | | 1,819.65 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,819.65**

Total (Report on Summary of Schedules)    **56,300.31**

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **David M. Devericks**　　　　　　　　　　　　　　　　　　　　　Case No.  **13-30279**
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition
  *Check if applicable:* ☐ Soc. Sec. No. amended.
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* Check applicable statement(s):
  - ☒ Creditor(s) added　　☐ Creditor(s) deleted
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date:  **February 25, 2013**　　　　　　　　　　　*/s/ Richard W. Ferris*
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No.: **31812**
　　　　　　　　　　　　　　　　　　　　　　　　Mailing Address: **FerrisWinder PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**530 E. Main Street**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Suite 710**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Richmond, VA 23219**
　　　　　　　　　　　　　　　　　　　　　　　　Telephone No.: **804-767-1800**

# United States Bankruptcy Court
### Eastern District of Virginia

In re **David M. Devericks**  
Debtor(s)

Case No. **13-30279**  
Chapter **7**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **February 25, 2013**   Signature **/s/ David M. Devericks**  
**David M. Devericks**  
Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571